AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

V.

MASONRY STRUCTURES, INC.,
MICHAEL DALLESASSE, and
WEAVER CONSTRUCTION INC.

CASE NUMBER: 08 C 965

ASSIGNED JUDGE: Leinenweber

DESIGNATED
MAGISTRATE JUDGE: Brown



TO: (Name and address of Defendant)

MASONRY STRUCTURES, INC.
c/o Roseanne Loftus, Registered Agent
646 Busse Highway
Park Ridge, IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

FEB 20 2008

(By) DEPUTY CLERK                                    DATE

TYPE LAW         SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS         DISTRICT 208

SHERIFF'S NUMBER 014546-001D  CASE NUMBER 08C965    DEPUTY: Kinsella 1349

FILED DT 02-20-2008 RECEIVED DT 02-26-2008 DIE DT 03-13-2008 MULTIPLE SERVICE 1
DEFENDANT                                    ATTORNEY
MASONRY STRUCTURES, INC.                     RICHARD A. TOTH/DALEY & GEORGE
646    BUSSE HW                              20 S. CLARK ST.
PARK RIDGE IL. 60068                         CHICAGO IL. 60603
                                             312 726-8797

PLAINTIFF CENTRAL LABORERS' PENSION

SERVICE INFORMATION: CF    C/O ROSEANNE LOFTUS, R/A

*********************************************************************************
(A)    I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
..X..3 SERVICE ON: CORPORATION X COMPANY___ BUSINESS___ PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _Kinsella 1349_____, DEPUTY
     1  SEX _X_ M/F   RACE _W_   AGE _36_
     2  NAME OF DEFENDANT MASONRY STRUCTURES, INC.       Svetlana Mandzeak
        ___ WRIT SERVED ON _____
        THIS _12_ DAY OF _March_, 20_08_ TIME _11:06_ A.M.P.M.

ADDITIONAL REMARKS _____

*********************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG _Law Office_____                ATTEMPTED SERVICES

NEIGHBORS NAME _____         DATE      TIME   A.M./P.M.

        ADDRESS _____        03-10     8:11   (illegible)

        REASON NOT SERVED:
                          07 EMPLOYER REFUSAL
 ___ 01 MOVED            ___ 08 RETURNED BY ATTY
 ___ 02 NO CONTACT       ___ 09 DECEASED
 ___ 03 EMPTY LOT        ___ 10 BLDG DEMOLISHED
 ___ 04 NOT LISTED       ___ 11 NO REGISTERED AGT.
 ___ 05 WRONG ADDRESS    ___ 12 OTHER REASONS
 ___ 06 NO SUCH ADDRESS  ___ 13 OUT OF COUNTY

FEE    .00   MILEAGE     .00   TOTAL    .00                         SG20