AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

CASE NUMBER:   08 C 965

V.

ASSIGNED JUDGE:   Harry D. Leinenweber

MASONRY STRUCTURES, INC.,
MICHAEL DALLESASSE, and
WEAVER CONSTRUCTION INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MASONRY STRUCTURES, INC.
c/o Roseanne Loftus, Registered Agent
646 Busse Highway
Park Ridge, IL  60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL  60603

an answer to the amended complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 1 2008
DATE

# Affidavit of Process Server

**Central Laborers, et al** vs **Masonry Structures, et al**   08C965
PLAINTIFF/PETITIONER / DEFENDANT/RESPONDENT / CASE #

Being duly sworn, on my oath, I __Walter Schwalm__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Masonry Structures Inc__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Alias Summons and Complaint

by serving (NAME) ☒ __Samantha Seng__

at ☐ Home _____
☒ Business __646 Busse Hwy Park Ridge, IL__
☒ on (DATE) __5/2/08__ at (TIME) __11:54 a.m__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Samantha Seng — Legal Asst. to R.A. Roseanne Loftus__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___DATE TIME___, ( ) ___DATE TIME___, ( ) ___DATE TIME___, ( ) ___DATE TIME___

**Description:**
☐ Male    ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin   ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☐ Yellow Skin  ☐ Blond Hair                  ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
          ☐ Brown Skin   ☒ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: __F/w/ short gray hair, glasses__

SERVED BY __Walter Schwalm__
LASALLE PROCESS SERVERS

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this __5__ day of __May__, 20__08__

NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.