AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

V.

MASONRY STRUCTURES, INC.,
MICHAEL DALLESASSE, and
WEAVER CONSTRUCTION INC.

CASE NUMBER:  08 C 965

ASSIGNED JUDGE:  Harry D. Leinenweber

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

WEAVER CONSTRUCTION INC.
c/o Todd Weaver, Registered Agent & President
1853 Dovetail Pt.
Sycamore, IL  60178-3429

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL  60603

an answer to the *amended* complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *amended* complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. *amended*

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 1 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/6/08 |
| NAME OF SERVER (PRINT) Pam Sibley | TITLE Deputy |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: DeKalb County Sheriff's Office 150 N Main St. Sycamore, IL 60178
W/ Todd Weaver
M/W/36  DOB- 8/10/1971

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/6/08
                Date

Signature of Server: Deputy Pam Sibley

Address of Server: 150 N. Main St. Sycamore, IL 60178

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.