UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY, <br>                                 Plaintiffs, <br> v. <br><br> MASONRY STRUCTURES, INC., an Illinois corporation, MICHAEL DALLESASSE, individually, and WEAVER CONSTRUCTION INC., an Illinois corporation, <br>                                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br>**08 C 965** <br><br> Judge Harry D. Leinenweber |

### MOTION FOR DEFAULT ORDER

Plaintiffs CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY, by their attorneys Daley and George, Ltd., respectfully move this Court to enter a default order in favor of Plaintiffs and against Defendants MASONRY STRUCTURES, INC., MICHAEL DALLESASSE and WEAVER CONSTRUCTION INC., and in support of their motion Plaintiffs state as follows:

1.  Plaintiffs filed their first amended complaint in this action on April 29, 2008. (Docket Entry # 8.)

2.  On May 6, 2008, Defendant MASONRY STRUCTURES, INC. was served with alias summons and a copy of the first amended complaint. (Docket Entry # 10.) On May 8, 2008, Plaintiffs caused the returned summons to be filed with the Clerk of this Court; a copy of the return of service is attached as Exhibit A.

3. On May 7, 2008, Defendant MICHAEL DALLESASSE was served with alias summons and a copy of the first amended complaint. (Docket Entry # 12.) On May 13, 2008, Plaintiffs caused the returned summons to be filed with the Clerk of this Court; a copy of the return of service is attached as Exhibit B.

4. On May 6, 2008, Defendant WEAVER CONSTRUCTION INC. was served with alias summons and a copy of the first amended complaint. (Docket Entry # 11.) On May 8, 2008, Plaintiffs caused the returned summons to be filed with the Clerk of this Court; a copy of the return of service is attached as Exhibit C.

5. Defendants MASONRY STRUCTURES, INC. and MICHAEL DALLESASSE have each failed to file an appearance, answer, or otherwise defend as to the complaint.

6. Defendant WEAVER CONSTRUCTION INC. has failed to file an appearance, answer, or otherwise defend as to the complaint. (Defendant WEAVER CONSTRUCTION INC. did send Plaintiffs' counsel the letter attached as Exhibit D, which Defendant did not file with the court and which is dated prior to the filing and service of the first amended complaint).

7. Defendant MICHAEL DALLESASSE, an individual, is not in military service, pursuant to the attached Exhibit E.

8. Defendant MICHAEL DALLESASSE is not a minor or incompetent person.

9. Plaintiffs are entitled to a default order against Defendants MASONRY STRUCTURES, INC., MICHAEL DALLESASSE and WEAVER CONSTRUCTION INC.

10. Plaintiffs are additionally entitled to a money judgment against Defendants MASONRY STRUCTURES, INC., MICHAEL DALLESASSE and WEAVER CONSTRUCTION INC., and seek a prove-up date for the entry of a default judgment. At that time Plaintiffs will also seek an award of attorney's fees.

WHEREFORE, Plaintiffs respectfully pray this Court enter a default order in favor of Plaintiffs and against Defendants MASONRY STRUCTURES, INC., MICHAEL DALLESASSE and WEAVER CONSTRUCTION INC., and set a date for prove-up of a default judgment.

Respectfully submitted,

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY

By: _____
One of Their Attorneys

DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, Illinois 60603
(312) 726-8797

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

CASE NUMBER: 08 C 965

V.

ASSIGNED JUDGE: Harry D. Leinenweber

MASONRY STRUCTURES, INC.,
MICHAEL DALLESASSE, and
WEAVER CONSTRUCTION INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MASONRY STRUCTURES, INC.
c/o Roseanne Loftus, Registered Agent
646 Busse Highway
Park Ridge, IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the amended complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. amended

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 1 2008
DATE


PLAINTIFF'S EXHIBIT A

08cv965

# Affidavit of Process Server

| Central Laborers, et al | vs | Masonry Structure, et al | |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I **Walter Schwalm**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Masonry Structure, Inc**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Alias Summons and Complaint

by serving (NAME) ☒ **Samantha Seng**

at ☐ Home _____
☒ Business **646 Busse Hwy Park Ridge, IL**
☒ on (DATE) **5/2/08** at (TIME) **11:54 a.m**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Samantha Seng — Legal Asst. to R.A Roseanne Loftus**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____
( )_____, ( )_____, ( )_____

**Description:**
☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
  ☐ Yellow Skin  ☐ Blond Hair  ☐ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
  ☐ Brown Skin  ☒ Gray Hair  ☐ Mustache  ☒ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: **F w/ short gray hair, glasses**

State of Illinois  County of Cook

SERVED BY **Walter Schwalm**
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this **5** day of **May**, 20 **08**

NOTARY PUBLIC

**OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011**

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

<u>ALIAS</u> SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

CASE NUMBER: 08 C 965

V.

ASSIGNED JUDGE: Harry D. Leinenweber

MASONRY STRUCTURES, INC.,
MICHAEL DALLESASSE, and
WEAVER CONSTRUCTION INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MICHAEL DALLESASSE, individually
14620 Keslinger Road
Dekalb, IL 60150

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an <u>amended</u> answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the <u>amended</u> complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 1 2008
DATE


PLAINTIFF'S EXHIBIT B

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/7/08 |
| NAME OF SERVER (PRINT) Pam Sibley | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DeKalb County Sheriff's Office
150 N. Main St Sycamore IL 60178
Michael Dallesasse
m/w/44  DOB 8/16/1963

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 44.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/08
Date

Deputy Pam Sibley
Signature of Server

150 N. Main St. Sycamore, IL 60178
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

<u>ALIAS</u> SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and
BARRY McANARNEY

CASE NUMBER: 08 C 965

V.

ASSIGNED JUDGE: Harry D. Leinenweber

MASONRY STRUCTURES, INC.,
MICHAEL DALLESASSE, and
WEAVER CONSTRUCTION INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

WEAVER CONSTRUCTION INC.
c/o Todd Weaver, Registered Agent & President
1853 Dovetail Pt.
Sycamore, IL 60178-3429

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the *amended* complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *amended* complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. *amended*

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 1 2008

DATE


PLAINTIFF'S EXHIBIT C

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/6/08 |
| NAME OF SERVER (PRINT) Pam Sibley | TITLE Deputy |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: DeKalb County Sheriff's Office 150 N Main St. Sycamore, IL 60178
W/ Todd Weaver
m/w/36 DOB- 8/10/1971

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/6/08       Deputy Pam Sibley
              Date                  Signature of Server

150 N. Main St, Sycamore IL 60178
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**WEAVER CONSTRUCTION INC.**
Suite 7, 423 N Main St, Sycamore, IL 60178
Phone 815-899-1515 | Fax 815-899-7852
Email: weaverconstruction@verizon.net

March 10, 2008

Central Laborers Pension Fund, Welfare Fund, and Annuity Fund
Board of Trustees, and Barry McAnarney

RE:   United States District Court Northern District of Illinois Eastern Division
      *Complaint* Filed February 15, 2008
      Case No. 08 C 965

Attn: Mr. Richard Toth
      DALEY AND GEORGE, LTD.
      20 S. Clark St., Suite 400
      Chicago, IL 60603

Dear Mr. Toth:

In response to your summons regarding a complaint against Weaver Construction Inc, we respectfully clarify that we are signatory to the Central Laborers Union but not affiliated or intertwined with Masonry Structures Inc. which is a separate and completely independent entity including all banking and financial transactions. In response to Count III of said complaint, please note paragraphs 29, 30, & 31 to be supposed-only yet false statement(s):

| Reference | Quote (some partial) from Complaint | Response |
|---|---|---|
| **Count III** | ERISA COLLECTION – WEAVER CONSTRUCTION INC | -- |
| Paragraph 22 | Weaver Construction Inc is an Illinois corporation doing business in the Northern District of Illinois... | TRUE |
| Paragraph 23 | Weaver Construction Inc became a party to and bound by the Collective bargaining Agreement... | TRUE |
| Paragraph 24 | Weaver Construction Inc became a party to and bound by the Trust Agreement... Memorandum of Agreement | TRUE |
| Paragraph 25 | Weaver Construction Inc became a party to and bound by the Trust Agreement... Participation Agreement | TRUE |
| Paragraph 26 | Weaver Construction Inc became a party to and bound by the Trust Agreements by virtue of certain provisions contained in employer contribution report forms that it submitted to the Funds. | TRUE |
| Paragraph 27 | Weaver Construction Inc became a party to and bound by the Trust Agreements... required employee benefit contributions to the Funds. | TRUE |

PLAINTIFF'S EXHIBIT D

| | | |
|---|---|---|
| Paragraph 28 | Under the terms of the Collective bargaining Agreement and Trust Agreements, Weaver Construction Inc is required to make contributions to Union fringe benefit funds on behalf of employees performing work covered by the Collective Bargaining Agreement... | **TRUE** |
| Paragraph 29 | Upon information and belief, and at all times material to this complaint, Masonry Structures, Inc and Weaver Construction Inc have been affiliated and intertwined business enterprises with substantially identical management, business purposes, operations, jobs, services, production processes, products, equipment, facilities, customers, personnel, supervision, and ownership. | **FALSE** (The only single parallel is part-ownership by one of the owners.) |
| Paragraph 30 | Based on their nature and activities as alleged in paragraph 29 above, Masonry Structures, Inc and Weaver Construction Inc constitute a single integrated business enterprise and have been, at all material times, alter egos and a single employer. Weaver Construction Inc is therefore liable for breaches of the Memorandum of Agreement and the Trust Agreements by Masonry Structures, Inc. | **FALSE** (The only single parallel is part-ownership by one of the owners.) |
| Paragraph 31 | Additionally, Masonry Structures, Inc and Weaver Construction Inc are affiliated and intertwined business enterprises with substantially identical management, business purposes, operations, jobs, services, production processes, products, equipment, facilities, customers, personnel, supervision, and ownership. Masonry Structures, Inc and Weaver Construction inc constitute a single integrated business enterprise and have been, at all material times, alter egos and a single employer. Weaver construction Inc is therefore liable for breaches of the memorandum of Agreement and The Trust Agreements by Masonry Structures Inc. | **FALSE** (The only single parallel is part-ownership by one of the owners.) |
| Paragraph 32 | The total amount owed by Weaver Construction Inc pursuant to the Trust Agreements is not less than $13,88.01. | **FALSE** (due to Paragraphs 29-32) |
| Paragraph 33 | Weaver Construction Inc has failed and refused to pay the amount of $13,883.01. | **TRUE** (due to Paragraphs 29-32) |

Taking into account these above complaint references, I, Todd Weaver, hereby state said complaint to be false.

Sincerely,

*[signature]*

Todd Weaver

"OFFICIAL SEAL"
FRANCINE L. WEAVER
Notary Public, State of Illinois
My Commission Expires 5/24/10

*[signature: Francine L. Weaver]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, *et al.*,<br><br>                Plaintiffs,<br><br>          v.<br><br>MASONRY STRUCTURES, INC., an Illinois corporation, MICHAEL DALLESASSE, individually, and WEAVER CONSTRUCTION INC., an Illinois corporation,<br>                Defendants. | 08 C 965<br><br>Judge Harry D. Leinenweber |

## AFFIDAVIT REGARDING MILITARY SERVICE

I, Richard A. Toth, affiant, duly sworn on oath, depose and say as follows:

1.      I am an attorney at the law firm of Daley and George, Ltd., 20 S. Clark, Chicago, Illinois 60603, and am Plaintiff's attorney of record in this action. This affidavit is being made pursuant to the provisions of Section 200 of the Soldiers and Sailors Civil Relief Act of 1940, as amended.

2.      I have caused an investigation to be made to ascertain whether or not MICHAEL DALLESASSE is in the military service of the U.S. Army, U.S. Navy, U.S. Marine Corps, U.S. Air Force, U.S. Coast Guard, or an officer of the Public Health Service, and as a result of that investigation I state that MICHAEL DALLESASSE is not in any of the above-named branches of the military service, based in part on the following:

   a. The (negative) results of a search with the Department of Defense Manpower Data Center. (See attached Exhibit 1.)

   b. Illinois Secretary of State records, the Funds' records, affiliated local union's records and dealings with MICHAEL DALLESASSE, and my own dealings with the company indicate that MICHAEL DALLESASSE is currently and actively the president of MASONRY STRUCTURES, INC.

   c. On May 7, 2008, MICHAEL DALLESASSE was served with process by a DeKalb County Sheriff's deputy in Sycamore, Illinois. Additionally, the return of service indicates that is currently 45 years old.

   d. Based on phone listings, MICHAEL DALLESASSE currently resides in Dekalb, Illinois.

   e. To the best of Plaintiffs' knowledge, MICHAEL DALLESASSE is not in the military service.

                                                            _____
                                                            RICHARD A. TOTH


PLAINTIFF'S EXHIBIT E

Department of Defense Manpower Data Center                                    AUG-29-2008 12:15:29



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| DALLESASSE | MICHAEL | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military. **HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.**

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

    See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

*Report ID:***IOEDRVDRMT**