UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | **08 C 965** |
| MASONRY STRUCTURES, INC., *et al.*, | ) ) ) | Judge Harry D. Leinenweber |
| Defendants. | ) | |

## NOTICE OF MOTION

To:

MASONRY STRUCTURES, INC.
c/o Robin Dallesasse, Registered Agent
14620 Keslinger Road
Dekalb, IL 60150

MICHAEL DALLESASSE, individually
14620 Keslinger Road
Dekalb, IL 60150

WEAVER CONSTRUCTION INC.
c/o Todd Weaver, Registered Agent & President
1853 Dovetail Pt.
Sycamore, IL 60178-3429

PLEASE TAKE NOTICE that on September 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1941 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and present Plaintiff's *Motion for Default Order*, a copy of which is attached and served upon you.

_____
Attorney for Plaintiffs

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, certifies that he served a copy of Plaintiff's attached motion for default to the above individuals mailing said document(s) via first class mail before the hour of 5:00 p.m. on August 29, 2008, from the U.S. mail depository at 20 S. Clark St., Chicago, Illinois, with proper postage prepaid.

_____
Attorney for Plaintiffs

DALEY AND GEORGE, LTD.
*Attorneys for Plaintiffs*
20 S. Clark St., Suite 400
Chicago, Illinois 60603
(312) 726-8797