# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 965 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Central Laborers Pension Fund, et al vs. Masonry Structures Inc., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' Motion for Default against Defendants Masonry Structures, Inc., Michael Dallesasse and Weaver Construction Inc., is granted. Prove-up set for 10/8/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|